

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 31, 2020

**BY ECF**

The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #
> DATE FILED: 2-3-2020

Re:   <u>United States v. Danny Parker</u>, 14 Cr. 139 (LAP)

Dear Judge Preska:

A status conference is currently scheduled in the above-captioned matter for February 4, 2020, at 11 a.m.  The Government respectfully requests that the Court adjourn the conference for approximately two weeks.

On January 13, 2020, the Court arraigned the defendant in the above-captioned matter on specifications of violations of supervised release.  One of the specifications alleges that the defendant committed an assault on or about December 12, 2019, for which the defendant is subject to arrest in Kings County, New York.

I have spoken with the investigating detective and assistant district attorney in charge of the assault case, who informed me that they plan to seek an indictment against the defendant within the next two weeks.  Because the proceedings in the separate assault prosecution will have a significant impact on the course of these violation of supervised release proceedings, the parties agree that a status conference would more productively be held after observing whether an indictment is returned within that time.

Therefore, the Government respectfully requests, with the consent of defense counsel, that the Court adjourn the currently scheduled conference.  After conferring with defense counsel and

*The conference is adjourned to February 18 at 11:00am*

SO ORDERED

*Loretta A. Presay*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

*2/3/20*

the Court's chambers regarding availability, the parties respectfully request that the status conference be rescheduled for the afternoon of either February 18 or February 20, 2020.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

By: _____

Brett M. Kalikow
Assistant United States Attorney
(212) 637-2220

cc: Lloyd Epstein, Esq. (via ECF and email)