

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 16, 2020

**BY ECF**

The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    United States v. Danny Parker, 14 Cr. 139 (LAP)

Dear Judge Preska:

    A violation of supervised release hearing is currently scheduled in the above-captioned matter for March 26, 2020, at 10 a.m. In light of the recent developments concerning, and measures taken in response to, the spread of COVID-19, including, among other things, limitations on the Government's ability to meet with witnesses and defense counsel's ability to visit with the defendant, the Government, with the consent of defense counsel, ==respectfully requests that the Court adjourn the hearing for at least approximately 30 days.==

```
The hearing is adjourned to
April 21, 2020 at 12:00 p.m.
SO ORDERED.
Dated: March 17, 2020
       New York, New York

       /s/ Loretta A. Preska
_____
LORETTA A. PRESKA
SENIOR U.S. DISTRICT JUDGE
```

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

By: _____
Brett M. Kalikow
Assistant United States Attorney
(212) 637-2220

    cc: Lloyd Epstein, Esq. (via ECF and email)