UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

       -versus-

DANNY PARKER,

       Defendant.

No. 14 Cr. 139

ORDER

LORETTA A. PRESKA, SENIOR UNITED STATES DISTRICT JUDGE:

    Having reviewed the parties' papers on Mr. Parker's request for release, the request is DENIED.

    The Court finds that the Government has demonstrated that Mr. Parker poses a danger to the community in general and Ms. Powell in particular.  Despite outstanding orders of protection, he has been the subject of numerous domestic violence incident reports from 2015 up until the December 12, 2019 incident that is the subject of the current violations.  And the Government's evidence on the current violation is strong, including a video.  The Court finds that there are no conditions of release that would assure the safety of the community.

    With respect to the COVID-19 situation, the BOP has measures in place to mitigate the risk to prisoners in Mr. Parker's age and risk category.  The court finds that the health risks enumerated by counsel do not outweigh the danger to the community that would ensue upon Mr. Parker's release.

The request for release is DENIED.

SO ORDERED.

Dated: April 2, 2020
       New York, New York

*Loretta A. Preska*
_____
LORETTA A. PRESKA
Senior U.S. District Judge