

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 17, 2020

**BY ECF**

The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

The hearing is adjourned to May 21, 2020 at 10:30 a.m.

SO ORDERED
Dated:  April 20, 2020

_____
LORETTA A. PRESKA, U.S.D.J.

Re:   United States v. Danny Parker, 14 Cr. 139 (LAP)

Dear Judge Preska:

    A violation of supervised release hearing is currently scheduled in the above-captioned matter for April 21, 2020, at 12 p.m.  In light of the recent developments concerning, and measures taken in response to, the spread of COVID-19, including, among other things, limitations on the Government's ability to meet with witnesses, defense counsel's ability to visit with the defendant, and the ability of the parties and the Court to conduct an in-person evidentiary hearing, the Government, with the consent of defense counsel, respectfully requests that the Court adjourn the hearing for at least approximately 30 days.

    Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

By: _____
Brett M. Kalikow
Assistant United States Attorney
(212) 637-2220

cc: Lloyd Epstein, Esq. (via ECF and email)