

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 28, 2020

**<u>BY ECF</u>**

The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: <u>United States v. Danny Parker</u>, 14 Cr. 139 (LAP)

Dear Judge Preska:

This morning, the defendant pleaded guilty to Specification 3 of the Second Amended Violation Report dated March 20, 2020, and the Court sentenced the defendant to 18 months' imprisonment. The Government respectfully requests that the Court dismiss all remaining violation specifications (Specifications 1, 2, 4, and 5).

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

By: ______________________
Brett M. Kalikow
Assistant United States Attorney
(212) 637-2220

cc: Lloyd Epstein, Esq. (via ECF)

The request to dismiss all remaining specifications is granted.

SO ORDERED.
Dated: May 29, 2020
New York, NY

______________________
LORETTA A. PRESKA, U.S.D.J.